PER CURIAM:

Jeffrey Lynn Morgan appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Morgan,* No. 2:01–cr–00001–BO–1 (E.D.N.C. filed Aug. 26, 2009 & entered Aug. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Carver appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carver v. Bennett,* No. 1:09–cv–00283–GCM (W.D.N.C. Aug. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Tommy CARVER, Plaintiff–Appellant,**

v.

**Boyd BENNETT; Utilization Review Board; Doctor Campbell; Robert Uhren, M.D.; David R. Mitchell, Defendants–Appellees.**

No. 09–7637.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 25, 2009.

Tommy Carver, Appellant Pro Se.

**Steven E. WARMAN, Petitioner–Appellant,**

v.

**Wayne PHILIPS, Warden, Respondent–Appellee,**

and

**Federal Bureau of Prisons, Respondent.**

No. 09–7646.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 25, 2009.